UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| VINCENT D. WOODRUFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:13-cv-0085 |
| v. ) | |
| ) | Judge Sharp |
| W.B. MELTON, SHANNON HARVEY, ) | Magistrate Judge Brown |
| JOHN McCLOUD, and DEBBIE DECK, ) | |
| ) | |
| Defendants. ) | |

# ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that *Defendant John McCloud's Motion to Dismiss* "be GRANTED and that all claims against Defendant McCloud be dismissed with prejudice." (Docket Entry No. 74).[1]

No response in opposition was filed to the R & R. Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R of the Magistrate Judge.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 74) is hereby ACCEPTED and APPROVED;

(2) *Defendant John McCloud's Motion to Dismiss* (Docket Entry No. 52) is hereby GRANTED; and

(3) The Court hereby certifies that any appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

---

[1] Magistrate Judge Brown made the recommendation after determining that Plaintiff's claims against Defendant McCloud were barred by the one-year statute of limitations. *See* (*Id.* at p. 3).

1

This action is hereby returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 16.01 with respect to the remaining Defendants.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE